UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

JOHN VELEZ,

    Defendant.
_____/

## ORDER DENYING MOTION FOR BOND PENDING APPEAL

**THIS CAUSE** is before the Court on Defendant John Velez's Motion for Bond Pending Appeal [DE 1501]. The Court has carefully considered the motion and is otherwise advised in the premises.

Mr. Velez requests a bond pending appeal in the above-styled action. Pursuant to 18 U.S.C. § 3143(b), a person sentenced to imprisonment, and who has filed an appeal, shall be detained unless he demonstrates the following:

> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; and
>
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--
>
>> (i) reversal,
>>
>> (ii) an order for a new trial,
>>
>> (iii) a sentence that does not include a term of imprisonment, or
>>
>> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

18 U.S.C. § 3143(b). Mr. Velez has not made the requisite showing. In particular, Mr.

Velez has not shown that his appeal raises a substantial question of law or fact likely to result in reversal. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant John Velez's Motion for Bond Pending Appeal [DE 1501] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of September, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF