UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60194-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

JOHN VELEZ,

    Defendant.
_____/

## ORDER DENYING VELEZ'S MOTION TO DISMISS INDICTMENT (GRAND JURY VOTE)

**THIS CAUSE** is before the Court on Defendant John Velez's "Motion to Dismiss Indictment for Failure to Have a Grand Jury Properly Vote Pursuant to Federal Rule of Criminal Procedure 6(c) No Grand Jury Voting Records. No Subject Matter Jurisdiction." [DE 1671]. The Court has considered the motion, the Government's response [DE 1677], Mr. Velez's reply [DE 1691], and is otherwise advised in the premises.

Mr. Velez alleges that there are no records of grand jury voting, and therefore under Federal Rule of Criminal Procedure 6(c), the Indictment must be dismissed. Since the record of the number of jurors concurring in every indictment is required to be recorded with the clerk, the record is not public unless the Court so orders. Therefore, in order to assure Mr. Velez of compliance with Rule 6(c), the Court inspected the record *in camera*, and does further attest that the record reflects that twelve or more jurors voted to indict Mr. Velez. Accordingly, it is therefore

**ORDERED AND ADJUDGED** that Defendant John Velez's "Motion to Dismiss Indictment for Failure to Have a Grand Jury Properly Vote Pursuant to Federal Rule of Criminal Procedure 6(c) No Grand Jury Voting Records. No Subject Matter Jurisdiction." [DE 1671] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 7th day of February, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties via regular CM/ECF mail